IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

GWYN L. HOWARD                                                                                            Plaintiff

VS.                                                             CIVIL ACTION NO. 1:05CV334KS-MTP

HANCOCK MEDICAL CENTER                                                                      DEFENDANT

## JUDGMENT

This matter having come before the Court on this date on the motion for summary judgment brought by defendant and the Court finds that the motion for summary judgment has been granted and that this cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice.

SO ORDERED and ADJUDGED on this, the 1st day of December, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE